IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| GLENN WHITFIELD, | * |
| Plaintiff, | * |
| vs. | *  No. 4:10cv00177 SWW |
| DALE BURNS DEVELOPMENT, as agents of McDonald's Corporation, | * |
| Defendant. | * |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed without prejudice.

IT IS SO ORDERED this 24th day of March 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE